UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Paper Service, Ltd.</u>

    v.                    Civil No. 08-cv-00359-JL

<u>Algonquin Power Systems</u>
<u>New Hampshire, Inc., et al.</u>

**O R D E R**

The defendant has filed a motion to dismiss (partial) (document no. 6) and the plaintiff has filed a motion to remand to state court (document no. 7). In light of these filings, the preliminary pretrial conference currently scheduled for Monday, October 20th, is hereby postponed indefinitely until after the court resolves the pending motions filed in this case.

    **SO ORDERED.**

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  October 8, 2008

cc:  Christopher H.M. Carter, Esq.
     Daniel E. Will, Esq.
     Jonathan M. Shirley, Esq.